UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN RICCIO, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 17-1773 (BRM)(TJB) |
| v. | ORDER |
| SENTRY CREDIT, INC., et al., | |
| Defendants. | |

**THIS MATTER** is before the Court on Defendant Sentry Credit, Inc.'s ("Sentry") Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). (ECF No. 9.) Plaintiff Maureen Riccio opposes the motion. (ECF No. 12.) Pursuant to Federal Rules of Civil Procedure 78(b), the Court did not hear oral argument. For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 31st day of January 2018,

**ORDERED** that Sentry's Motion for Judgment on the Pleadings (ECF No. 9) is **GRANTED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**