UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1463
_____

MAUREEN RICCIO,
on behalf of herself and all others
similarly situated,
               Appellant

v.

SENTRY CREDIT, INC.;
JOHN DOES 1-25

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 3-17-cv-01773
District Judge: The Honorable Brian R. Martinotti

Argued February 19, 2020

Before: SMITH, *Chief Judge*, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, and PHIPPS, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States

District Court for the District of New Jersey and was argued on February 19, 2020.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered January 31, 2018, be and the same is hereby AFFIRMED. Each side shall bear their own costs. All of the above in accordance with the opinion of this Court.

                              Attest:

                              s/ Patricia S. Dodszuweit
                              Clerk

DATED: March 30, 2020

**Certified as a true copy and issued in lieu of a formal mandate on** April 21, 2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**